IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

ERIK NIELSEN,

     Plaintiff,

vs.

GLOBAL SHIELD RISK SOLUTIONS, et al.,

     Defendants.

No. 2:13-cv-1927-HRH

O R D E R

Case Dismissed

Pursuant to the stipulation of the parties[1] filed October 3, 2014,

IT IS ORDERED: that this case is dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED at Anchorage, Alaska, this 6th day of October, 2014.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 34.